# United States Court of Appeals
# for the Federal Circuit

———————————

**CHRIMAR SYSTEMS, INC.**
**(doing business as CMS Technologies, Inc.)**,
*Plaintiff-Appellant,*

**v.**

**FOUNDRY NETWORKS, INC.,**
*Defendant-Appellee.*

———————————

2012-1641

———————————

Appeal from the United States District Court for the Eastern District of Michigan in No. 06-CV-13936, Judge Avern Cohn.

———————————

**JUDGMENT**

———————————

RICHARD W. HOFFMANN, Reising Ethington PC, of Troy, Michigan, argued for plaintiff-appellant.

NEAL KUMAR KATYAL, Hogan Lovells US, LLP, of Washington, DC, argued for the defendant-appellee. With him on the brief were FREDERICK LIU; K.T. CHERIAN and CONSTANCE F. RAMOS, of San Francisco, California. Of counsel was ELIZABETH BARCHAS PRELOGAR, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 4, 2013
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk